UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DEMEIA JOHNSON, ET AL.,<br>　　Plaintiffs, | § § § | |
| v. | § § | CIVIL NO. 6:17-cv-653 |
| UNION PACIFIC RAILROAD<br>COMPANY,<br>　　Defendant, | § § § | JURY TRIAL |
| v. | § § | |
| METRA WHITE AND TONY<br>HANDSBOROUGH,<br>　　Intervenors. | § § § § | |

# **DEFENDANT UNION PACIFIC RAILROAD COMPANY'S**
# **FIRST AMENDED TRIAL EXHIBIT LIST**

Defendant, Union Pacific Railroad Company ("Union Pacific"), files this its First Amended Trial Exhibit List.

Union Pacific further reserves the right to amend and supplement this exhibit list.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　 /s/ John W. Proctor
　　　　　　　　　　　　　　　　　JOHN W. PROCTOR
　　　　　　　　　　　　　　　　　State Bar No. 16347300
　　　　　　　　　　　　　　　　　BROWN, DEAN, PROCTOR & HOWELL, L.L.P.
　　　　　　　　　　　　　　　　　306 West 7th Street, Suite 200
　　　　　　　　　　　　　　　　　Fort Worth, Texas 76102
　　　　　　　　　　　　　　　　　Email: jproctor@browndean.com
　　　　　　　　　　　　　　　　　Telephone: (817) 332-1391

*Elizabeth A Graham* (signature)

ELIZABETH A. GRAHAM
State Bar No. 24104570
UNION PACIFIC RAILROAD
801 Louisiana, Suite 300
Houston, Texas 77002
Email: eagrahm@up.com
Telephone: (281) 350-7660

ATTORNEYS FOR DEFENDANT,
UNION PACIFIC RAILROAD COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2018, a true and correct copy of the above and foregoing instrument is being served via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

                                         */s/ John W. Proctor*
                                         JOHN W. PROCTOR

| Def No. | Date Offered | Admitted | Description of Exhibit Bates number | Description of Exhibit |
|---|---|---|---|---|
| | | | **Bates labeled as UP** | |
| 1 | | | 669 | Photo by Timothy Parker |
| 2 | | | 672 | Photo by Timothy Parker |
| 3 | | | 673 | Photo by Timothy Parker |
| 4 | | | 688 | Photo by Trent Moyers |
| 5 | | | 689 | Photo by Trent Moyers |
| 6 | | | 690 | Photo by Trent Moyers |
| 7 | | | 694 | Photo by Trent Moyers |
| 8 | | | 696 | Photo by Trent Moyers |
| 9 | | | 697 | Photo by Trent Moyers |
| 10 | | | 698 | Photo by Trent Moyers |
| 11 | | | 001674 | Photo by Trent Moyers |
| 12 | | | 001444 | Photo from Newspaper Photo Gallery |
| 13 | | | 001445 | Photo from Newspaper Photo Gallery |
| 14 | | | 001446 | Photo from Newspaper Photo Gallery |
| 15 | | | 001447 | Photo from Newspaper Photo Gallery |
| 16 | | | 001448 | Photo from Newspaper Photo Gallery |
| 17 | | | 001452 | Photo from Newspaper Photo Gallery |
| 18 | | | 001457 | Photo from Newspaper Photo Gallery |
| 19 | | | 001458 | Photo from Newspaper Photo Gallery |
| 20 | | | 001474 | Photo by Samantha Rickard |
| 21 | | | 001475 | Photo by Samantha Rickard |
| 22 | | | 001476 | Photo by Samantha Rickard |
| 23 | | | 001477 | Photo by Samantha Rickard |
| 24 | | | 001478 | Photo by Samantha Rickard |
| 25 | | | 001479 | Photo by Samantha Rickard |
| 26 | | | 001481 | Photo taken by Terrell Anderson |
| 27 | | | 001482 | Photo taken by Terrell Anderson |
| 28 | | | 001488 | Photo taken by Terrell Anderson |
| 29 | | | 001947 | 2009 Culvert photo |
| 30 | | | 001948 | 2009 Culvert photo |
| 31 | | | 000629 | FEMA flood Map |

| # | | | Bates | Description |
|---|---|---|---|---|
| 32 | | | 001526-001527 | MP 1.57 Culvert Inspection (refreshed on 3-07-18) |
| 33 | | | 001584 | 1982 Topographical Map - Timber Drive |
| 34 | | | 001585 | 2004 Aerial photo 120 Timber Drive |
| 35 | | | 001586 | 2012 Aerial Photo 120 Timber Drive |
| 36 | | | 001587 | Google Map - Earth photo |
| 37 | | | 001588 | Year 1947 Timber Drive Photo |
| 38 | | | 001589 | Year 1969 Topographical Map - Timber Drive |
| 39 | | | 001641-001643 | Preston and Denver's Territory |
| 40 | | | 002603-002604 | Elias Puga Tickets (worked on) from 4-25-16 to 5-08-16 |
| 41 | | | 002608-002623 | Certified Copy of US Department of Commerce for Data Admin, National Centers for Environmental Information (weather records) |
| 42 | | | 002040-002049 | Ben E. Keith Civil Plans provided to Benedict |
| 43 | | | 002050-002063 | Ben E. Keith Photographs provided to Benedict |
| 44 | | | | CV Benedict |
| 45 | | | 002494-002495 | Benedict - Publications and Presentation past 10 years |
| 46 | | | | Rusk CV |
| 47 | | | 002386-002422 | Documents Rusk References in his report not previously produced |
| 48 | | | 002423-002427 | Documents given to Rusk for his review not previously bates labeled |
| 49 | | | | Razavian CV |
| 50 | | | | Strahm CV |
| 51 | | | Defendant's depo exhibit 28 | 3-13-18 Texas Farm Bureau Insurance Letter to Whom it May Concern re payment for Dodge Sedan Bates Nos. JOHNSON 009551-9554 |
| | | | | **Plaintiff's depo exhibits** |
| 52 | | | | 1 |
| 53 | | | | 2 |
| 54 | | | | 3 |
| 55 | | | | 6 |
| 56 | | | | 7 |
| 57 | | | | 8 |
| 58 | | | | 9 |
| 59 | | | | 10 |

| | | | | |
|---|---|---|---|---|
| 60 | | | | 11 |
| 61 | | | | 12 |
| 62 | | | | 13 |
| 63 | | | | 40 |
| 64 | | | | 46 |
| 65 | | | | 47 |
| 66 | | | | 48 |
| 67 | | | | 49 |
| 68 | | | | 53 |
| | | | | **Joe Asberry depo exhibits** |
| 69 | | | Defendant's depo exhibit 60 | Diagram of Area around Timber Drive, with markings made by witness |
| | | | | **Barry Benedict depo exhibits** |
| 70 | | | Defendant's depo exhibit 133 | Benedict Depo exhibit – CV |
| | | | | **Alan Blackwell depo exhibits** |
| 71 | | | Plaintiff's depo exhibit 127 | CV |
| | | | | **Berto Clark depo exhibits** |
| 72 | | | Defendant's depo exhibit 25 | A copy of a FEMA letter |
| 73 | | | Defendant's depo exhibit 26 | A copy of a 12-page handwritten document Bates labeled JOHNSON 004454-004465 |
| | | | | **Jimmy Davis depo exhibits** |
| 74 | | | Defendant's depo exhibit 2 | Photograph (UP 001471) |
| 75 | | | Defendant's depo exhibit 11 | Photograph (UP 001480) |
| 76 | | | Defendant's depo exhibit 14 | Photograph (no bates) |
| | | | | **John Dougherty Depo exhibits** |
| 77 | | | Defendant's depo exhibit 83 | Photograph JOHNSON 02727 0499 |
| 78 | | | Defendant's depo exhibit 84 | Palestine police department Offense/Incident report |
| 79 | | | Defendant's depo exhibit 86 | One page diagram of Timber Creek, Pinewood Drive and Variah Street with names of residents |
| | | | | **Floyd Ellis depo exhibits** |
| 80 | | | Defendant's depo exhibit 90 | 6-22-18 Letter from Ellis to Roberts (JOHNSON 012378-012411) |
| 81 | | | Defendant's depo exhibit 91 | 6-22-18 Letter from Ellis to Roberts (JOHNSON 012314-012377) |
| 82 | | | Defendant's depo exhibit 92 | 6-27-18 Letter from Ellis to Roberts (JOHNSON 012190-012230) |

|  |  |  |  |  | Ron Fix Depo exhibits |
|---|---|---|---|---|---|
| 83 |  |  |  | Defendant's depo exhibit 110 | Fix Exhibit A – hourly Rates |
| 84 |  |  |  | Defendant's depo exhibit 111 | Fix Invoices (JOHNSON 013432-013440) |
| 85 |  |  |  | Defendant's depo exhibit 112 | Fix depo exhibit – drainage flow pattern based on field observations (Gilver Exhibit C) |
| 86 |  |  |  | Defendant's depo exhibit 113 | Fix Depo exhibit - Drainage basins with Centroids flow at UP CMP Culvert |
| 87 |  |  |  | Defendant's depo exhibit 114 | Fix Depo Exhibit - Palestine Texas Flooding Drainage Study Site Location, Watershed and Inundation Map (JOHNSON 010567) |
| 88 |  |  |  | Defendant's depo exhibit 115 | Fix Depo exhibit - Robert and Roberts letters to Givler dated 8-22-18, 8-21-18 and 8-20-18 with a bill from Givler Engineering, Inc. |
|  |  |  |  |  | David Givler Depo exhibits |
| 89 |  |  |  | Defendant's depo exhibit 114B | Givler depo exhibit - Smaller version of original 114 |
| 90 |  |  |  | Givler exhibit | Givler depo exhibit - Cases for which David Givler has testified as an expert witness within the last four years or more Revised 8-22-18 |
| 91 |  |  |  | Plaintiff's depo exhibit 117 | Givler engineering letter dated 10-29-18 to Chamness and Roberts re Proposal no 1 for Professional Services Drainage Study JOHNSON 011066-011068 |
| 92 |  |  |  | Plaintiff's depo ex 118 | Givler Depo Exhibit – Invoices to Roberts and Roberts JOHNSON 011069-011100 |
| 93 |  |  |  | Plaintiff's depo ex 119 | Givler Depo Exhibit – B/W photos of an aerial photo, UP 001588 |
|  |  |  |  |  | Jamie Handsborough depo exhibits |
| 94 |  |  |  | Plaintiff's depo ex 113 | Color photo (JOHNSON 002090) |
| 95 |  |  |  | Plaintiff's depo ex 114 | Color photo (JOHNSON 002091) |
|  |  |  |  |  | Robert Herrington depo exhibits |
| 96 |  |  |  | Plaintiff's depo ex 122 | Record of climatological observations for Palestine, Texas April 1-30, 2016 |

| 97 | | | Defendant's depo exhibit 50 | Press Releases, update – Missing Anderson County flooding victim found dead; grea –KYTX CBS19.tv. – News, Weather & Sports. "Tyler – Longview" |
|---|---|---|---|---|
| 98 | | | Defendant's depo exhibit 51 | Screenshot of tweet by @BrianNEWCBS, April 30, 2016 |
| | | | | **Kelly Hughes Deposition exhibits** |
| 99 | | | Defendant's depo exhibit 52 | April 30, 2016 Photo depicting J.P. Manley |
| | | | | **Gerald Jordan** |
| 100 | | | Defendant's depo exhibit 68 | July 13, 2016 correspondence from FEMA to Metra White JOHNSON 009xxxx(??) |
| | | | | **John Manley depo exhibits** |
| 101 | | | Defendant's exhibits | Fire Department Report JOHNSON 000766-000773 |
| 102 | | | D71 | Photograph 2016/04/30 00:21:04 |
| 103 | | | D72 | Photograph 2016/04/30 00:28:45 |
| 104 | | | D73 | Photograph 2016/04/30 00:28:48 |
| 105 | | | D74 | Photograph 2016/04/30 00:29:32 |
| 106 | | | D75 | Photograph 2016/04/30 00:30:19 |
| 107 | | | D76 | Photograph 2016/04/30 00:30:28 |
| 108 | | | D77 | Photograph 2016/04/30 00:30:46 |
| 109 | | | D78 | Photograph 2016/04/30 00:30:51 |
| 110 | | | D79 | Photograph 2016/04/30 00:39:01 |
| 111 | | | D80 | Photograph 2016/04/30 00:36:10 |
| 112 | | | D82 | Photograph 2016/04/30 00:41:17 |
| 113 | | | D84 | Palestine Police Department Offense/ Incident Report |
| 114 | | | D85 | Photograph 2016/04/30 00:41:35 |
| 115 | | | Defendant's depo exhibit 86 | One page diagram of Timber, Pinewood and Variah with names of residents |
| | | | | **Carolyn Moore depo exhibits** |
| 116 | | | Defendant's depo exhibit 20 | Anderson County appraisal district document (JOHNSON 004655-004658) |
| 117 | | | Defendant's depo exhibit 22 | Anderson County appraisal district document (JOHNSON 004659) |
| | | | | **James Muniz Depo exhibits** |
| 118 | | | Defendant's depo exhibit 30 | Article from the Weather Channel |
| | | | | **Tye Parzybok Depo Exhibits** |
| 119 | | | Plaintiff's depo ex 126 | Parzybok – Radar map |

| # | | | Exhibit | Description |
|---|---|---|---|---|
| 120 | | | Defendant's depo exhibit 96 | Parzybok – MetStat Invoice |
| 121 | | | Defendant's depo exhibit 99 | Parzybok Depo exhibit – Technical Memorandum |
| 122 | | | Defendant's depo exhibit 100 | Parzybok Depo Exhibit – Atlas Annual Maxima |
| 123 | | | Defendant's depo exhibit 101 | Parzybok Depo Exhibit – Precipitation Atlas |
| 124 | | | Defendant's depo exhibit 102 | Parzybok Depo exhibit - Technical Paper 40 |
| 125 | | | Defendant's depo exhibit 103 | Parzybok Depo exhibit - NWS Hydro 35 |
| | | | **Tim Perry Depo exhibits** | |
| 126 | | | Defendant's depo exhibit 54 | Aerial photo superimposed with diagram "Water and Waste Water System) |
| 127 | | | Defendant's depo exhibit 55 | Aerial photo, zoomed out, depicting Timber Drive and surrounding area, superimposed with diagram "Water and Waste Water System" |
| | | | **Elias Puga Depo exhibits** | |
| 128 | | | Defendant's depo exhibit 125 | Witness's Work Record – Puga |
| 129 | | Plaintiff's depo ex 133 | | Photo |
| 130 | | Plaintiff's depo ex 134 | | Photo |
| 131 | | Plaintiff's depo ex 135 | | Photo |
| | | | **Bryan Rappolt depo exhibits** | |
| 132 | | Plaintiff's depo ex 152 | | Rappolt depo exhibit –Figure 1; the locations of the GWS rain estimation centroid (LOE) and the MetStt rain estimation centroid (MSC) |
| 133 | | | Defendant's depo exhibit 129 | Rappolt CV |
| | | | **Kenneth Rusk Depo exhibits** | |
| 134 | | Plaintiff's depo ex 138 | | Rusk depo exhibit – Letter |
| | | | **Alan Steinman depo exhibits** | |
| 135 | | Plaintiff's depo ex 122 | | Steinman depo exhibit- Fee Invoices |
| | | | **Barbara Willis depo exhibits** | |
| 136 | | | Defendant's depo exhibit 23 | Anderson County Appraisal District (JOHNSON 04483-004886) |

| | | | | | |
|---|---|---|---|---|---|
| 137 | | | | JOHNSON 000001-000064 | Palestine Police Department's 911 Calls |
| 138 | | | | JOHNSON 000065-000074 | Palestine Police Department's 911 Log |
| 139 | | | | JOHNSON 000075-000081 | Palestine Police Departments' Offense/Incident Report |
| 140 | | | | JOHNSON 000082-000085 | Palestine Police Department's Incident Report Narratives |
| 141 | | | | JOHNSON 000086 | Palestine Police Department's Call Sheet Report for 117 Timber Drive |
| 142 | | | | JOHNSON 000087-000089 | Palestine Police Department's Call Sheet Report for 121 Timber Drive |
| 143 | | | | JOHNSON 000090-000094 | 5 body camera videos (with audio) taken by Palestine Police Department the night of the incident. |
| 144 | | | | JOHNSON 000095-000203 | 109 photographs of the incident taken by the Palestine Police Department |
| 145 | | | | JOHNSON 000204-000765 | 562 Dispatch recordings taken by Palestine Police Department |
| 146 | | | | JOHNSON 000766-000773 | Palestine Fire Department Report for arrival time of 12:19 a.m. |
| 147 | | | | JOHNSON 000774-000781 | Palestine Fire Department Report for arrival time of 12:40 a.m. |
| 148 | | | | JOHNSON 000782-000790 | Palestine Fire Department Report for arrival time of 3:20 a.m. |
| 149 | | | | JOHNSON 000791-000793 | 3 helmet camera videos with audio) taken by Palestine Fire Department the night of the incident |
| 150 | | | | JOHNSON 000840 | Letters of Independent Administration for Lenda Asberry |
| 151 | | | | JOHNSON 000863 | Letters of administration for Vonnaejah Johnson |
| 152 | | | | JOHNSON 000890 | Letters of Administration for Devonte Johnson |
| 153 | | | | JOHNSON 000915 | Letters of Administration for Von Anthony Watkins, Jr. |
| 154 | | | | JOHNSON 000940 | Letters of Administration for Ja'Monica Johnson |
| 155 | | | | JOHNSON 001820 | Rainfall Data from 1-01-2016 to 9-22-2016 collected from the Westwood ISD weather site in Palestine, Texas |
| 156 | | | | JOHNSON 001821 | NOAA Monthly Weather Summary from the NASA Columbia Balloon Facility at the Palestine Airport |
| 157 | | | | JOHNSON 001822-001831 | Rainfall data from 1-01-2016 to 9-26-2016 collected from The Palestine Co-Op weather site in Palestine, Texas |
| 158 | | | | JOHNSON 001832 | Rainfall data from 4-01-2016 to 5-30-2016 collected from the Mud Creek weather site near Jacksonville, Texas |
| 159 | | | | JOHNSON 001833 | Rainfall data from 4-01-2016 to 5-30-2016 collected from the Neches River weather site near Neches, Texas |

| | | | | JOHNSON 001834-002725 | 892 photographs taken or collected after the flood showing the railroad right-of-way, the neighborhood, flood levels, drainage system, culvert, and relevant areas |
|---|---|---|---|---|---|
| 160 | | | | | |
| 161 | | | | JOHNSON 004118-004119 | Easement Deed for railroad Right-of-way dated 5-23-1874 |
| 162 | | | | JOHNSON 004120-004121 | Easement Deed for railroad Right-of-way dated 5-28-1874 |
| 163 | | | | JOHNSON 004122 | Preliminary Plat of Pinewood Subdivision dated 8-01-1979 |
| 164 | | | | JOHNSON 004123 | Final Plat of Pinewood Subdivision dated 9-21-1979 |
| 165 | | | | JOHNSON 004124 | City of Palestine Flood Mitigation Plan Map dated 6-26-2000 |
| 166 | | | | JOHNSON 004125 | City of Palestine Development Services Map dated 10-24-16 |
| 167 | | | | JOHNSON 004126-004281 | Palestine Development Code in effect on 4-30-16 |
| 168 | | | | JOHNSON 005261-005314 | City of Palestine Flood Mitigation Plan prepared by Klotz Associates June 2000 |
| 169 | | | | JOHNSON 005335-005351 | Residential Lease for 123 Timber Drive - Dolores Moore's Property Damage |
| 170 | | | | JOHNSON 005368-005385 | Anderson County's 911 Calls |
| 171 | | | | JOHNSON 013697 | Image of Radar coverage |
| 172 | | | | JOHNSON 013803 | video Daniel Hudnall referenced in his deposition. |
| | | | | | **Documentation of William Adcock's property damage** |
| 173 | | | | JOHNSON 004360-004363 | Anderson County Appraisal District Account Details for home - |
| | | | | | **Documentation of Carolyn and Johnny Anthony's property damage** |
| 174 | | | | JOHNSON 004401-004404 | Anderson County Appraisal District Account Details for home |
| 175 | | | | JOHNSON 009745 | FEMA Application Status |
| | | | | | **Documentation of Linda and Henry Buckley's property damage** |
| 176 | | | | JOHNSON 009746-009747 | FEMA Application Status |
| | | | | | **Documentation of Berto Clark's property damage** |
| 177 | | | | JOHNSON 004466-004469 | Anderson County Appraisal District Account Details for home |
| 178 | | | | JOHNSON 009578-009580 | Letter from FEMA dated 7-06-16 |
| | | | | | **Documentation of Lisa and Jimmy Davis's property damage** |
| 179 | | | | JOHNSON 004507-004510 | Anderson County Appraisal District Account Details for home |
| 180 | | | | JOHNSON 009871-009873 | Letter from FEMA dated 7-06-16 |
| | | | | | **Documentation of Tony Handsborough's property damage** |
| 181 | | | | JOHNSON 004528-004531 | Anderson County Appraisal District Account Details for home |

| | | | | |
|---|---|---|---|---|
| | | | | **Documentation of Gloria Henry's property damage** |
| 182 | | | JOHNSON 004556-004559 | Anderson County Appraisal District Account Details for home |
| | | | | **Documentation of Gerald Jordan and Metra White's property damage** |
| 183 | | | JOHNSON 009874-009875 | Letter from FEMA dated 7-13-16 |
| 184 | | | JOHNSON 009876 | Letter from FEMA dated 7-20-16 |
| 185 | | | JOHNSON 009877-009878 | Letter from FEMA dated 8-02-16 |
| 186 | | | JOHNSON 009879-009884 bates labeled wrong on pleading (9798-9884) | FEMA Application |
| 187 | | | JOHNSON 009885 | Letter to FEMA dated 8-16-16 |
| 188 | | | JOHNSON 009886-009887 | Letter from FEMA dated 8-23-16 |
| | | | | **Documentation of Dolores Moore's property damage** |
| 189 | | | JOHNSON 004655-004658 | Anderson County Appraisal District Account Details for home 111 Timber Drive |
| 190 | | | JOHNSON 004659-004662 | Anderson County Appraisal District Account Details for home 113 Timber Drive |
| | | | | **Documentation of Concepcion Ramirez's property damage** |
| 191 | | | JOHNSON 004688-004691 | Anderson County Appraisal District Account Details for home |
| | | | | **Documentation of Anita Ruiz and Horacio Olvera's property damage** |
| 192 | | | JOHNSON 004693-004696 | Anderson County Appraisal District Account Details for home |
| | | | | **Documentation of Lillie Stephen's property damage** |
| 193 | | | JOHNSON 004803-004806 | Anderson County Appraisal District Account Details for home |
| | | | | **Documentation of Garland and Jannie Wilson's property damage** |
| 194 | | | JOHNSON 004878-004882 | Anderson County Appraisal District Account Details for home |
| | | | | **Documentation of Barbara Willis's property damages** |
| 195 | | | JOHNSON 004883-004886 | Anderson County Appraisal District Account Details for home |
| | | | | **ALAN J. BLACKWELL DOCUMENTS** |
| 196 | | | | Blackwell invoices |
| 197 | | | | Blackwell list of testimony |
| | | | | **ALAN STEINMAN DOCUMENTS** |
| 198 | | | | Steinman rate sheet |

| | | | | | |
|---|---|---|---|---|---|
| 199 | | | | Steinman list of testimony | |
| 200 | | | | Steinman invoices | |
| | | | | **TYE PARZYBOK DOCUMENTS** | |
| 201 | | | | Parzybok Post depo letter | |
| 202 | | | | Parzybok list of testimony | |
| 203 | | | | Parzybok invoices | |
| 204 | | | | Parzybok rate sheet | |
| | | | | **DAVID GIVLER DOCUMENTS** | |
| 205 | | | | Givler list of testimony | |
| 206 | | | | Givler invoices | |
| 207 | | | | Givler Rate sheet | |
| | | | | **FLOYD ELLIS DOCUMENTS** | |
| 208 | | | | Ellis list of testimony | |
| 209 | | | | Ellis invoices | |
| 210 | | | | Ellis Rate Sheet | |
| | | | | **RON FIX DOCUMENTS** | |
| 211 | | | | Fix list of Testimony | |
| 212 | | | | Fix inovices | |
| 213 | | | | Fix rate sheet | |